UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:06-cr-261-T-23CPT

JESUS NAVARRETE-MARQUEZ
and TRINIDAD FLORES
_____/

**O R D E R**

This cause is before the Court *sua sponte*. In light of 28 U.S.C. § 455(b)(3) and my review of the docket, I find it necessary to recuse myself from this matter, as I prosecuted the case during my tenure at the United States Attorney's Office. The Clerk is directed to re-assign the matter by random draw to another Magistrate Judge.

DONE and ORDERED in Tampa, Florida, this 16th day of July 2019.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record